

Good Shepherd Rehabilitation Network
850 S. 5th Street
Allentown, PA 18103

**Pay Statement**

| | |
|---|---|
| Period Start Date | 09/23/2018 |
| Period End Date | 10/06/2018 |
| Pay Date | 10/12/2018 |
| Document | 257452 |
| Net Pay | $651.27 |

## Pay Details

Francisco Roman
853 Catherine Drive
Coplay, PA 18037
USA

| | |
|---|---|
| Employee Number | 100798 |
| SSN | XXX-XX-0122 |
| Job | Floor Tech |
| Pay Rate | $15.6000 |
| Pay Frequency | Biweekly |

| | |
|---|---|
| Pay Group | GSR BW |
| Location | Allentown Rehab Hospital |
| Corporation | 194 - GS Rehab Network (Corp) |
| Account Type | 8 - Admin Expense |
| Reportg Loc | 000 - GSRN Corp |
| GLDepartment | 0802 - Environmental Services |

| | |
|---|---|
| Federal Income Tax | M 1 |
| PA State Income Tax (Residence) | M 1 |
| PA State Income Tax (Work) | M 1 |

## Earnings

| Pay Type | Hours | Pay Rate | Current | YTD |
|---|---|---|---|---|
| Paid Time Off | 0.0000 | $0.0000 | $0.00 | $323.70 |
| Paid Time Off Shift YTD | | | | $17.25 |
| Regular Pay | 18.2500 | $15.6000 | $284.70 | |
| Regular Pay | 30.0000 | $15.6000 | $468.00 | $15,295.80 |
| EVE 1.50 Diff | 30.0000 | $1.5000 | $45.00 | - |
| Regular Pay Shift YTD | | | | $916.50 |
| Unscheduled PTO | 0.0000 | $0.0000 | $0.00 | $124.80 |
| Unscheduled PTO Shift YTD | | | | $7.50 |

Total Hours  48.2500

## Deductions

| Deduction | Pre-Tax | Employee Current | Employee YTD | Employer Current | Employer YTD |
|---|---|---|---|---|---|
| Dental High | Yes | $36.97 | $776.37 | $0.00 | $0.00 |
| Basic Life&ADD | No | $0.00 | $0.00 | $0.17 | $3.57 |

## Taxes

| Tax | Current | YTD |
|---|---|---|
| Federal Income Tax | $15.69 | $345.94 |
| Employee Medicare | $11.03 | $230.68 |
| Social Security Employee Tax | $47.17 | $986.37 |
| PA State Income Tax | $23.35 | $488.33 |
| ALLENTOWN CITY | $1.81 | $38.01 |
| ALLENTOWN | $9.74 | $203.69 |
| ALLENTOWN CITY SD | $0.19 | $3.99 |
| PA Unemployment Employee | $0.48 | $10.08 |

## Paid Time Off

| Plan | Current | Balance |
|---|---|---|
| Ext. Sick Bank | 0.0000 | 720.0000 |
| Paid Time Off | 0.0000 | 272.0000 |

## Net Pay Distribution

| Account Number | Account Type | Amount |
|---|---|---|
| xxx3012 | Savings | $20.00 |
| xxxxxx4113 | Checking | $631.27 |
| Total | | $651.27 |

## Pay Summary

| | Gross | FIT Taxable Wages | Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | $797.70 | $760.73 | $109.46 | $36.97 | $651.27 |
| YTD | $16,685.55 | $15,909.18 | $2,307.09 | $776.37 | $13,602.09 |

Good Shepherd Rehabilitation Network
850 S. 5th Street
Allentown, PA 18103

| Pay Statement | |
|---|---|
| Period Start Date | 09/09/2018 |
| Period End Date | 09/22/2018 |
| Pay Date | 09/28/2018 |
| Document | 256128 |
| Net Pay | $648.24 |

## Pay Details

| | | | | | |
|---|---|---|---|---|---|
| Francisco Roman | Employee Number | 100798 | Pay Group | GSR BW | Federal Income Tax | M 1 |
| 853 Catherine Drive | SSN | XXX-XX-0122 | Location | Allentown Rehab Hospital | PA State Income Tax (Residence) | M 1 |
| Coplay, PA 18037 | Job | Floor Tech | Corporation | 194 - GS Rehab Network (Corp) | PA State Income Tax (Work) | M 1 |
| USA | Pay Rate | $15.6000 | Account Type | 8 - Admin Expense | | |
| | Pay Frequency | Biweekly | Reportg Loc | 000 - GSRN Corp | | |
| | | | GLDepartment | 0802 - Environmental Services | | |

## Earnings

| Pay Type | Hours | Pay Rate | Current | YTD |
|---|---|---|---|---|
| Paid Time Off | 0.0000 | $0.0000 | $0.00 | $323.70 |
| Paid Time Off Shift YTD | | | | $17.25 |
| Regular Pay | 18.0000 | $15.6000 | $280.80 | |
| Regular Pay | 30.0000 | $15.6000 | $468.00 | $14,543.10 |
| EVE 1.50 Diff | 30.0000 | $1.5000 | $45.00 | - |
| Regular Pay Shift YTD | | | | $871.50 |
| Unscheduled PTO | 0.0000 | $0.0000 | $0.00 | $124.80 |
| Unscheduled PTO Shift YTD | | | | $7.50 |

Total Hours  48.0000

## Deductions

| Deduction | Pre-Tax | Employee Current | Employee YTD | Employer Current | Employer YTD |
|---|---|---|---|---|---|
| Dental High | Yes | $36.97 | $739.40 | $0.00 | $0.00 |
| Basic Life&ADD | No | $0.00 | $0.00 | $0.17 | $3.40 |

## Taxes

| Tax | Current | YTD |
|---|---|---|
| Federal Income Tax | $15.30 | $330.25 |
| Employee Medicare | $10.97 | $219.65 |
| Social Security Employee Tax | $46.92 | $939.20 |
| PA State Income Tax | $23.23 | $464.98 |
| ALLENTOWN CITY | $1.81 | $36.20 |
| ALLENTOWN | $9.69 | $193.95 |
| ALLENTOWN CITY SD | $0.19 | $3.80 |
| PA Unemployment Employee | $0.48 | $9.60 |

## Paid Time Off

| Plan | Current | Balance |
|---|---|---|
| Ext. Sick Bank | 0.0000 | 720.0000 |
| Paid Time Off | 1.7230 | 272.0000 |

## Net Pay Distribution

| Account Number | Account Type | Amount |
|---|---|---|
| xxx3012 | Savings | $20.00 |
| xxxxxx4113 | Checking | $628.24 |
| Total | | $648.24 |

## Pay Summary

| | Gross | FIT Taxable Wages | Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | $793.80 | $756.83 | $108.59 | $36.97 | $648.24 |
| YTD | $15,887.85 | $15,148.45 | $2,197.63 | $739.40 | $12,950.82 |

Good Shepherd Rehabilitation Network
850 S. 5th Street
Allentown, PA 18103

| | |
|---|---|
| **Pay Statement** | |
| Period Start Date | 08/26/2018 |
| Period End Date | 09/08/2018 |
| Pay Date | 09/14/2018 |
| Document | 254809 |
| Net Pay | $648.23 |

## Pay Details

| | | | | | |
|---|---|---|---|---|---|
| Francisco Roman | Employee Number | 100798 | Pay Group | GSR BW | Federal Income Tax | M 1 |
| 853 Catherine Drive | SSN | XXX-XX-0122 | Location | Allentown Rehab Hospital | PA State Income Tax (Residence) | M 1 |
| Coplay, PA 18037 | Job | Floor Tech | Corporation | 194 - GS Rehab Network (Corp) | PA State Income Tax (Work) | M 1 |
| USA | Pay Rate | $15.6000 | Account Type | 8 - Admin Expense | | |
| | Pay Frequency | Biweekly | Reportg Loc | 000 - GSRN Corp | | |
| | | | GLDepartment | 0802 - Environmental Services | | |

## Earnings

| Pay Type | Hours | Pay Rate | Current | YTD |
|---|---|---|---|---|
| Paid Time Off | 0.0000 | $0.0000 | $0.00 | $323.70 |
| Paid Time Off Shift YTD | | | | $17.25 |
| Regular Pay | 15.0000 | $15.6000 | $234.00 | |
| Regular Pay | 25.0000 | $15.6000 | $390.00 | $13,794.30 |
| EVE 1.50 Diff | 25.0000 | $1.5000 | $37.50 | - |
| Regular Pay Shift YTD | | | | $826.50 |
| Unscheduled PTO | 3.0000 | $15.6000 | $46.80 | |
| Unscheduled PTO | 5.0000 | $15.6000 | $78.00 | $124.80 |
| EVE 1.50 Diff | 5.0000 | $1.5000 | $7.50 | - |
| Unscheduled PTO Shift YTD | | | | $7.50 |

Total Hours  48.0000

## Deductions

| Deduction | Pre-Tax | Employee | | Employer | |
|---|---|---|---|---|---|
| | | Current | YTD | Current | YTD |
| Dental High | Yes | $36.97 | $702.43 | $0.00 | $0.00 |
| Basic Life&ADD | No | $0.00 | $0.00 | $0.17 | $3.23 |

## Taxes

| Tax | Current | YTD |
|---|---|---|
| Federal Income Tax | $15.30 | $314.95 |
| Employee Medicare | $10.98 | $208.68 |
| Social Security Employee Tax | $46.92 | $892.28 |
| PA State Income Tax | $23.23 | $441.75 |
| ALLENTOWN CITY | $1.81 | $34.39 |
| ALLENTOWN | $9.69 | $184.26 |
| ALLENTOWN CITY SD | $0.19 | $3.61 |
| PA Unemployment Employee | $0.48 | $9.12 |

## Paid Time Off

| Plan | Current | Balance |
|---|---|---|
| Ext. Sick Bank | 0.0000 | 720.0000 |
| Paid Time Off | 6.2770 | 270.2770 |

## Net Pay Distribution

| Account Number | Account Type | Amount |
|---|---|---|
| xxx3012 | Savings | $20.00 |
| xxxxxx4113 | Checking | $628.23 |
| Total | | $648.23 |

## Pay Summary

| | Gross | FIT Taxable Wages | Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | $793.80 | $756.83 | $108.60 | $36.97 | $648.23 |
| YTD | $15,094.05 | $14,391.62 | $2,089.04 | $702.43 | $12,302.58 |

**Good Shepherd Rehabilitation Network**
850 S. 5th Street
Allentown, PA 18103

| Pay Statement | |
| --- | --- |
| Period Start Date | 08/12/2018 |
| Period End Date | 08/25/2018 |
| Pay Date | 08/31/2018 |
| Document | 253513 |
| Net Pay | $648.23 |

## Pay Details

| Francisco Roman | | Employee Number | 100798 | Pay Group | GSR BW | Federal Income Tax | M 1 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| 853 Catherine Drive | | SSN | XXX-XX-0122 | Location | Allentown Rehab Hospital | PA State Income Tax (Residence) | M 1 |
| Coplay, PA 18037 | | Job | Floor Tech | Corporation | 194 - GS Rehab Network (Corp) | PA State Income Tax (Work) | M 1 |
| USA | | Pay Rate | $15.6000 | Account Type | 8 - Admin Expense | | |
| | | Pay Frequency | Biweekly | Reportg Loc | 000 - GSRN Corp | | |
| | | | | GLDepartment | 0802 - Environmental Services | | |

## Earnings

| Pay Type | Hours | Pay Rate | Current | YTD |
| --- | --- | --- | --- | --- |
| Paid Time Off | 0.0000 | $0.0000 | $0.00 | $323.70 |
| Paid Time Off Shift YTD | | | | $17.25 |
| Regular Pay | 18.0000 | $15.6000 | $280.80 | |
| Regular Pay | 30.0000 | $15.6000 | $468.00 | $13,170.30 |
| EVE 1.50 Diff | 30.0000 | $1.5000 | $45.00 | - |
| Regular Pay Shift YTD | | | | $789.00 |

Total Hours  48.0000

## Deductions

| Deduction | Pre-Tax | Employee | | Employer | |
| --- | --- | --- | --- | --- | --- |
| | | Current | YTD | Current | YTD |
| Dental High | Yes | $36.97 | $665.46 | $0.00 | $0.00 |
| Basic Life&ADD | No | $0.00 | $0.00 | $0.17 | $3.06 |

## Taxes

| Tax | Current | YTD |
| --- | --- | --- |
| Federal Income Tax | $15.30 | $299.65 |
| Employee Medicare | $10.97 | $197.70 |
| Social Security Employee Tax | $46.93 | $845.36 |
| PA State Income Tax | $23.23 | $418.52 |
| ALLENTOWN CITY | $1.81 | $32.58 |
| ALLENTOWN | $9.69 | $174.57 |
| ALLENTOWN CITY SD | $0.19 | $3.42 |
| PA Unemployment Employee | $0.48 | $8.64 |

## Paid Time Off

| Plan | Current | Balance |
| --- | --- | --- |
| Ext. Sick Bank | 0.0000 | 720.0000 |
| Paid Time Off | 0.0000 | 272.0000 |

## Net Pay Distribution

| Account Number | Account Type | Amount |
| --- | --- | --- |
| xxx3012 | Savings | $20.00 |
| xxxxxx4113 | Checking | $628.23 |
| Total | | $648.23 |

## Pay Summary

| | Gross | FIT Taxable Wages | Taxes | Deductions | Net Pay |
| --- | --- | --- | --- | --- | --- |
| Current | $793.80 | $756.83 | $108.60 | $36.97 | $648.23 |
| YTD | $14,300.25 | $13,634.79 | $1,980.44 | $665.46 | $11,654.35 |



**Good Shepherd Rehabilitation Network**
850 S. 5th Street
Allentown, PA 18103

| Pay Statement | |
| --- | --- |
| Period Start Date | 07/29/2018 |
| Period End Date | 08/11/2018 |
| Pay Date | 08/17/2018 |
| Document | 252197 |
| Net Pay | $648.82 |

## Pay Details

| | | | | | | |
| --- | --- | --- | --- | --- | --- | --- |
| Francisco Roman | Employee Number | 100798 | Pay Group | GSR BW | Federal Income Tax | M 1 |
| 853 Catherine Drive | SSN | XXX-XX-0122 | Location | Allentown Rehab Hospital | PA State Income Tax (Residence) | M 1 |
| Coplay, PA 18037 | Job | Floor Tech | Corporation | 194 - GS Rehab Network (Corp) | PA State Income Tax (Work) | M 1 |
| USA | Pay Rate | $15.6000 | Account Type | 8 - Admin Expense | | |
| | Pay Frequency | Biweekly | Reportg Loc | 000 - GSRN Corp | | |
| | | | GLDepartment | 0802 - Environmental Services | | |

## Earnings

| Pay Type | Hours | Pay Rate | Current | YTD |
| --- | --- | --- | --- | --- |
| Paid Time Off | 0.0000 | $0.0000 | $0.00 | $323.70 |
| Paid Time Off Shift YTD | | | | $17.25 |
| Regular Pay | 17.5000 | $15.6000 | $273.00 | |
| Regular Pay | 30.5000 | $15.6000 | $475.80 | $12,421.50 |
| EVE 1.50 Diff | 30.5000 | $1.5000 | $45.75 | - |
| Regular Pay Shift YTD | | | | $744.00 |

Total Hours  48.0000

## Deductions

| Deduction | Pre-Tax | Employee Current | Employee YTD | Employer Current | Employer YTD |
| --- | --- | --- | --- | --- | --- |
| Dental High | Yes | $36.97 | $628.49 | $0.00 | $0.00 |
| Basic Life&ADD | No | $0.00 | $0.00 | $0.17 | $2.89 |

## Taxes

| Tax | Current | YTD |
| --- | --- | --- |
| Federal Income Tax | $15.37 | $284.35 |
| Employee Medicare | $10.98 | $186.73 |
| Social Security Employee Tax | $46.97 | $798.43 |
| PA State Income Tax | $23.26 | $395.29 |
| ALLENTOWN CITY | $1.81 | $30.77 |
| ALLENTOWN | $9.70 | $164.88 |
| ALLENTOWN CITY SD | $0.19 | $3.23 |
| PA Unemployment Employee | $0.48 | $8.16 |

## Paid Time Off

| Plan | Current | Balance |
| --- | --- | --- |
| Ext. Sick Bank | 0.0000 | 720.0000 |
| Paid Time Off | 0.0000 | 272.0000 |

## Net Pay Distribution

| Account Number | Account Type | Amount |
| --- | --- | --- |
| xxx3012 | Savings | $20.00 |
| xxxxxx4113 | Checking | $628.82 |
| Total | | $648.82 |

## Pay Summary

| | Gross | FIT Taxable Wages | Taxes | Deductions | Net Pay |
| --- | --- | --- | --- | --- | --- |
| Current | $794.55 | $757.58 | $108.76 | $36.97 | $648.82 |
| YTD | $13,506.45 | $12,877.96 | $1,871.84 | $628.49 | $11,006.12 |